FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 19 PM 4: 36

CLERK_____
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

### STATESBORO DIVISION

THE UNITED STATES OF AMERICA,       )
                                    )
    Plaintiff,  )
                                    )
    v.          )  CR606-28
                                    )
SHANNA CLARK,                       )
                                    )
    Defendant.  )

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, all pretrial motions are hereby moot, and a hearing in this case is deemed unnecessary.

SO ORDERED, this ____19th____ day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA