UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| UNITED STATES OF AMERICA | ) | SUPERCEDING |
| --- | --- | --- |
| | ) | INDICTMENT NO. CR406-191 |
| v. | ) | |
| | ) | VIO: 21 U.S.C. § 841(a)(1) |
| RICHARD HALL and | ) | Possession with Intent to Distribute |
| SHANNA CLARK | ) | 50 Grams or More of |
| | ) | Methamphetamine |

FILED
U.S. DISTRICT COURT
SO. DIST. OF GA.

2007 JUN -6 AM 9: 11

## ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT SHANNA CLARK ONLY

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses WITH PREJUDICE defendant SHANNA CLARK from this Indictment. The government shows that her co-defendant has pled guilty to the subject charge and exculpated her from knowing involvement in same, and as such, further proceedings against her at this time are not in the interests of justice.

Respectfully submitted,
EDMUND A. BOOTH, JR.
ACTING UNITED STATES ATTORNEY

Darrin L. McCullough
Assistant United States Attorney

100 Bull Street
Savannah, GA 31401
(912) 652-4422

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal with prejudice of the defendant SHANNA CLARK from this Indictment.

SO ORDERED, this 6th day of June, 2007.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been delivered to counsel of record by:

\_\_\_\_\_ U.S. Mail addressed to :

>Harry D. Dixon, Jr., Esq,
>7 East Congress Street
>Suite 712
>Savannah, Ga. 31401
>644-6700
>644-6702 (fax)
>
>Evelyn Stembridge Hubbard
>P.O. Box 1704
>Sylvania, GA 30467-1704
>912/564-7421
>912/564-2746(fax)

\_\_\_\_\_ Hand delivery; or

__✓__ Facsimile, followed by U.S. Mail.

This __5__ day of __June__, 2007.

>EDMUND A. BOOTH, JR.
>ACTING UNITED STATES ATTORNEY
>
>/s/ Darrin L. McCullough
>Darrin L. McCullough
>Assistant United States Attorney
>Georgia Bar No. 487011

100 Bull Street, Suite 201
Post Office Box 8999
Savannah, GA 31412
(912) 652-4422